CLOSED,PROBATION TRANSFER

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-02874-WQH-1

2:26-cr-00107-JFW



FILED
CLERK, U.S. DISTRICT COURT

3/10/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

Case title: USA v. Rollins

Date Filed: 09/18/2020

Magistrate judge case number: 2:20-mj-09619-RBM

Date Terminated: 12/16/2021

Assigned to: Judge William Q. Hayes

**Defendant (1)**

**Daniel Rollins**
*TERMINATED: 12/16/2021*
97090298

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 08/25/2020*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Holly A Sullivan**
Federal Defenders of San Diego Inc.
225 Broadway Ste 900
San Diego, CA 92101
619-234-8467
Fax: 6196872666
Email: Holly_Sullivan@fd.org
*TERMINATED: 09/24/2020*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jeremy D Warren**
Warren & Burstein
501 W. Broadway
Suite 240
San Diego, CA 92101
(619)234-4433
Email: jw@wabulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:922(g)(1), and 924(a)(2) - Felon in Possession of a Firearm
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922(g)(1) - Felon in Possession of Firearms (Felony)

**Disposition**

Custody of BOP for 70 months; Supervised release for 3 years; P/A $100.00 imposed; No fine

**Disposition**

**Disposition**

---

**Plaintiff**

**USA**                                       represented by **U S Attorney CR**
                                              U S Attorneys Office Southern District of California

Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 03/29/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Brandon James Kimura**
U.S Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
(619) 546-9614
Fax: (619) 546-0543
Email: Brandon.Kimura@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2020 | | Arrest of Daniel Rollins (no document attached) (vyc) [2:20-mj-09619-RBM] (Entered: 08/21/2020) |
| 08/21/2020 | 1 | COMPLAINT as to Daniel Rollins. (Copies provided to Counsel in Court). Initial Appearance set for 8/21/2020 in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Preliminary Hearing set for 9/3/2020 at 10:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Arraignment set for 9/17/2020 at 10:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (Attachments: # 1 Info Sheet)(vyc) [2:20-mj-09619-RBM] (Entered: 08/21/2020) |
| 08/21/2020 | 3 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Initial Appearance as to Daniel Rollins held on 8/21/2020. Defendant consents to proceed via VTC. Appointed Attorney Federal Defenders for Daniel Rollins. Bond set as to Daniel Rollins (1) No Bail. Government oral motion for detention due to risk of flight. Detention Hearing - RF set for 8/26/2020 at 1:30 PM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Preliminary Hearing set for 09/03/2020 at 10:00am in El Centro before Magistrate Judge Ruth B. Montenegro. Arraignment set for 09/17/2020 at 10:00am in El Centro before Magistrate Judge Ruth B. Montenegro. Proffer regarding defendant's ability to retain counsel. (CD# 8/21/2020 RBM 20 2:02-2:06). (Plaintiff Attorney Patrick Swan). (Defendant Attorney Leah Gonzales). (vyc) [2:20-mj-09619-RBM] (Entered: 08/24/2020) |

| 08/21/2020 | 4 | ***English. No Interpreter needed as to Daniel Rollins (no document attached) (vyc) [2:20-mj-09619-RBM] (Entered: 08/24/2020) |
|---|---|---|
| 08/21/2020 | 5 | ORAL MOTION to Detain by USA as to Daniel Rollins. (no document attached) (vyc) [2:20-mj-09619-RBM] (Entered: 08/24/2020) |
| 08/24/2020 | 2 | NOTICE OF ATTORNEY APPEARANCE: Holly A Sullivan appearing for Daniel Rollins (Sullivan, Holly)Attorney Holly A Sullivan added to party Daniel Rollins(pty:dft) (jmr). [2:20-mj-09619-RBM] (Entered: 08/24/2020) |
| 08/26/2020 | 6 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Defendant consents to proceed via VTC.granting 5 Motion to Detain as to Daniel Rollins (1); Detention Hearing as to Daniel Rollins held on 8/26/2020. USA oral motion for detention; motion granted as to Daniel Rollins. Defendant ordered detained without prejudice. Order of detention to be submitted by AUSA. (CD# 8/26/2020 RBM: 2:25-2:33). (Plaintiff Attorney Jessica Moreno AUSA via VTC). (Defendant Attorney James Johnson FD via VTC). (no document attached) (aum) [2:20-mj-09619-RBM] (Entered: 08/26/2020) |
| 08/27/2020 | 7 | NOTICE OF ATTORNEY APPEARANCE Brandon James Kimura appearing for USA. (Kimura, Brandon)Attorney Brandon James Kimura added to party USA(pty:pla) (jcj). [2:20-mj-09619-RBM] (Entered: 08/27/2020) |
| 09/01/2020 | 8 | Order on Stipulated Continuance of a Preliminary Hearing as to Daniel Rollins. Preliminary Hearing set for 9/17/2020 10:00 AM before Magistrate Judge Ruth Bermudez Montenegro in El Centro.. Signed by Magistrate Judge Ruth Bermudez Montenegro on 9/1/2020. (cxl) [2:20-mj-09619-RBM] (Entered: 09/01/2020) |
| 09/11/2020 | 9 | NOTICE OF HEARING as to Defendant Daniel Rollins. Time change only. Arraignment set for 9/17/2020 09:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Preliminary Hearing set for 9/17/2020 09:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (ccc) [2:20-mj-09619-RBM] (Entered: 09/11/2020) |
| 09/17/2020 | 10 | NOTICE of Lodgment of Information by USA (Kimura, Brandon) (zda) [2:20-mj-09619-RBM] (Entered: 09/17/2020) |
| 09/17/2020 | 11 | NOTICE of Judge Assignment ( re 10 Lodged Information): District Judge William Q. Hayes is assigned. Case Number 20-cr-2874-WQH. (no document attached) (dsn) [2:20-mj-09619-RBM] (Entered: 09/17/2020) |
| 09/17/2020 | 13 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Arraignment on Information as to Daniel Rollins (1) Count 1 held on 9/17/2020. Not Guilty plea entered. Defendant waived Indictment in open court. Motion Hearing/Trial Setting set for 11/9/2020 02:00 PM in Courtroom 14B before Judge William Q. Hayes. VTC not readily available to defendants in custody defendant consents to proceed via telephone.(CD# 9/17/2020 RBM:20-10:36-10:39). (Plaintiff Attorney Vivian Sapthavee via vtc). (Defendant Attorney Jo Anne Tyrell via telephone). (tar) (Entered: 09/21/2020) |
| 09/18/2020 | 12 | INFORMATION as to Daniel Rollins (1) count(s) 1. (ag) (Entered: 09/18/2020) |
| 09/23/2020 | 14 | MOTION to Substitute Attorney by Daniel Rollins. (Warren, Jeremy) (ag). (Entered: 09/23/2020) |
| 09/24/2020 | 15 | ORDER Granting 14 Motion to Substitute Attorney. Added attorney Jeremy D Warren for Daniel Rollins. Attorney Holly A Sullivan terminated as to Daniel Rollins (1). Signed by Judge William Q. Hayes on 9/24/2020.(ag) (Entered: 09/24/2020) |

| 10/22/2020 | 16 | MOTION to Compel Discovery *, and Rule 16.1 status report* by Daniel Rollins. (Warren, Jeremy)(ag). (Entered: 10/22/2020) |
|---|---|---|
| 10/28/2020 | 17 | MINUTE ORDER as to Daniel Rollins resetting Motion Hearing/Trial Setting from 11/09/2020 at 2:00 PM to 11/12/2020 at 9:00 AM in Courtroom 14B before Judge William Q. Hayes. Any motion to set over hearing must be filed by 11/6/2020 and supported by a status report, a speedy trial waiver, and a proposed order. (no document attached) (kas) (Entered: 10/28/2020) |
| 11/04/2020 | 18 | Joint MOTION to Continue by Daniel Rollins. (Warren, Jeremy) (ag). (Entered: 11/04/2020) |
| 11/06/2020 | 19 | ORDER Granting 18 Joint Motion to Continue Motions Hearing as to Daniel Rollins (1). The Motion Hearing/Trial Setting set for 11/12/2020 is continued to 12/17/2020 at 9:00 AM before Judge William Q. Hayes. The Court orders time excluded under the Speedy Trial Act through 12/17/2020. Signed by Judge William Q. Hayes on 11/5/2020.(ag) (Entered: 11/06/2020) |
| 12/01/2020 | 20 | ORDER and Findings of Fact as to Daniel Rollins. The Motion Hearing/Trial Setting set for 12/17/2020 is continued to 2/4/2021 at 9:00 AM before Judge William Q. Hayes. Time is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv). Signed by Judge William Q. Hayes on 11/30/2020. (ag) (Entered: 12/01/2020) |
| 01/22/2021 | 21 | ORDER AND FINDINGS OF FACT (COVID-19) as to Daniel Rollins: Pursuant to Chief Judge Order 52C, the Motion Hearing/Trial Setting set for 2/04/2021 is continued to 4/1/2021 at 9:00 AM before Judge William Q. Hayes. Time is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv). Any party seeking to advance this motion hearing date has leave to file a motion to advance the motion hearing date. For defendants on bond, an Acknowledgement of Next Court Date is due by 2/12/2021. Signed by Judge William Q. Hayes on 1/22/2021. (kas) (Entered: 01/22/2021) |
| 02/11/2021 | 22 | BILL OF PARTICULARS *for Forfeiture of Property* by USA (Kimura, Brandon) (ag). (Entered: 02/11/2021) |
| 03/23/2021 | 23 | ORDER AND FINDINGS OF FACT (COVID-19) as to Daniel Rollins: The Motion Hearing/Trial Setting set for 4/01/2021 is continued to 5/20/2021 at 9:00 AM before Judge William Q. Hayes. Time is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv). Any party seeking to advance this motion hearing date has leave to file a motion to advance the motion hearing date. For defendants on bond, an Acknowledgement of Next Court Date is due by 4/06/2021. Signed by Judge William Q. Hayes on 3/23/21. (kas) (Entered: 03/23/2021) |
| 03/24/2021 | 24 | RESPONSE in Opposition by USA as to Daniel Rollins re 16 MOTION to Compel Discovery *, and Rule 16.1 status report* (Kimura, Brandon) (ag). (Entered: 03/24/2021) |
| 03/29/2021 | 25 | NOTICE OF ATTORNEY APPEARANCE Brandon James Kimura appearing for USA. (Kimura, Brandon) (ag). (Entered: 03/29/2021) |
| 05/11/2021 | 26 | ORDER AND FINDINGS OF FACT (COVID-19) as to Daniel Rollins: The Motion Hearing/Trial Setting set for 5/20/2021 is vacated and reset to 7/8/2021 at 9:00 AM before Judge William Q. Hayes. Time is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv). Any party seeking to advance the hearing date has leave to file a motion to advance the motion hearing date. Parties are ordered to file a written status report jointly or separately no later than 6/10/2021. For defendants on bond, an acknowledgement of next court date is due by 5/25/2021. Signed by Judge William Q. Hayes on 5/11/2021. (kas) (Entered: 05/11/2021) |

| 07/01/2021 | 27 | ORDER AND FINDINGS OF FACT as to Daniel Rollins (1): The Motion Hearing/Trial Setting set for 7/8/2021 is VACATED and RESET to 7/29/2021 09:00 AM in Courtroom 14B before District Judge William Q. Hayes. Time is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv). Any party seeking to advance the hearing date has leave to file a motion to advance the motion hearing date. Parties are ordered to file a written status report jointly or separately no later than 7/22/2021. For defendants on bond, an acknowledgement of next court date is due by 7/15/2021. Signed by District Judge William Q. Hayes on 7/1/2021. (mdc) (Entered: 07/05/2021) |
|---|---|---|
| 07/27/2021 | 28 | NOTICE OF CHANGE OF TIME OF HEARING ONLY as to Defendant Daniel Rollins. Motion Hearing/Trial Setting set for 7/29/2021 10:10 AM in Courtroom 14B before District Judge William Q. Hayes. (no document attached) (kas) (Entered: 07/27/2021) |
| 07/27/2021 | 29 | NOTICE of Lodgment of Plea Agreement by USA (Kimura, Brandon) (jmo). (Entered: 07/27/2021) |
| 07/28/2021 | 30 | NOTICE OF CHANGE OF HEARING as to Defendant Daniel Rollins. On the Court's own motion, Motion Hearing/Trial Setting set for 7/29/2021 is vacated and continued to 8/26/2021 09:00 AM in Courtroom 14B before District Judge William Q. Hayes, in order for the defendant to appear before the Magistrate Judge for a Change of Plea Hearing. Plea agreement lodged 29 . Time is excluded pursuant to the Speedy Trial Act. (no document attached) (kas) Modified on 7/28/2021 to add text re plea agreement/time excluded (kas). (Entered: 07/28/2021) |
| 08/06/2021 | 31 | NOTICE OF HEARING as to Defendant Daniel Rollins. Change of Plea Hearing set for 8/26/2021 09:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (cxl) (Entered: 08/06/2021) |
| 08/10/2021 | 32 | NOTICE OF CHANGE OF HEARING as to Defendant Daniel Rollins. On the Court's own motion, Motion Hearing/Trial Setting set for 8/26/2021 is vacated and continued to 9/2/2021 09:00 AM in Courtroom 14B before District Judge William Q. Hayes, in order for the defendant to appear before the Magistrate Judge for a Change of Plea Hearing. (no document attached) (kas) (Entered: 08/10/2021) |
| 08/26/2021 | 33 | CONSENT TO RULE 11 PLEA before Magistrate Judge Ruth Bermudez Montenegro by Daniel Rollins. (ag) (Entered: 08/27/2021) |
| 08/26/2021 | 35 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Daniel Rollins: Recommending that the district judge accept the defendant's plea of guilty. Signed by Magistrate Judge Ruth Bermudez Montenegro on 8/26/2021. (ag) (Entered: 08/27/2021) |
| 08/26/2021 | 36 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Change of Plea Hearing as to Daniel Rollins held on 8/26/2021. Plea Tendered by Daniel Rollins Guilty on counts 1 of the Information. Excludable(s) started as to Daniel Rollins. PSR Ordered. All pending motions withdrawn; Pending hearing dates vacated. Any objections to Findings due within 14 days( Sentence With PSR set for 12/13/2021 09:00 AM before District Judge William Q. Hayes.) (CD# 8/26/2021 RBM21 9:03 - 9:17). (Plaintiff Attorney Courtney Strange). (Defendant Attorney Ralph Cordova). (cxl) (Entered: 08/27/2021) |
| 08/27/2021 | 34 | PLEA AGREEMENT as to Daniel Rollins (Attachments: # 1 Forfeiture Addendum to Plea Agreement)(ag) (Entered: 08/27/2021) |

| | | |
|---|---|---|
| 09/13/2021 | 37 | ORDER ACCEPTING GUILTY PLEA as to count(s) 1 of the Information, as to Daniel Rollins, adopting 35 Findings and Recommendation. Signed by District Judge William Q. Hayes on 9/13/2021. (ag) (Entered: 09/13/2021) |
| 10/08/2021 | 38 | MOTION for Forfeiture of Property by USA as to Daniel Rollins. (Kimura, Brandon) (ag). (Entered: 10/08/2021) |
| 10/12/2021 | 39 | ORDER of Criminal Forfeiture as to Daniel Rollins (1). Signed by District Judge William Q. Hayes on 10/12/2021.(ag) (Entered: 10/12/2021) |
| 11/03/2021 | 40 | PRE-SENTENCE REPORT as to Daniel Rollins. Report prepared by: Emily M. Kilduff. (Document applicable to USA, Daniel Rollins.) (Iribe, K.) (ag). (Entered: 11/03/2021) |
| 12/06/2021 | 41 | SENTENCING MEMORANDUM by Daniel Rollins (Warren, Jeremy) (ag). (Entered: 12/06/2021) |
| 12/06/2021 | 42 | SENTENCING SUMMARY CHART by Daniel Rollins (Warren, Jeremy) (ag). (Entered: 12/06/2021) |
| 12/07/2021 | 43 | SENTENCING SUMMARY CHART by USA as to Daniel Rollins (Kimura, Brandon) (ag). (Entered: 12/07/2021) |
| 12/09/2021 | 44 | NOTICE OF CHANGE OF HEARING (TIME ONLY) as to Defendant Daniel Rollins. Sentence With PSR set for 12/13/2021 09:40 AM in Courtroom 14B before District Judge William Q. Hayes. (no document attached) (kas) (Entered: 12/09/2021) |
| 12/13/2021 | 45 | Minute Entry for proceedings held before District Judge William Q. Hayes: Sentence With PSR Hearing held on 12/13/2021 for Daniel Rollins (1), Count(s) 1, Custody of BOP for 70 months; Supervised release for 3 years; P/A $100.00 imposed; No fine. (Court Reporter/ECR Melinda Setterman).(USPO Crystal Tignor) (Plaintiff Attorney Shauna Prewitt, AUSA S/A). (Defendant Attorney Jeremy Warren, CJA). (no document attached) (kas) (Entered: 12/14/2021) |
| 12/16/2021 | 46 | JUDGMENT as to Daniel Rollins (1), Count(s) 1, Custody of BOP for 70 months; Supervised release for 3 years; P/A $100.00 imposed; No fine. Signed by District Judge William Q. Hayes (ag) (Entered: 12/17/2021) |
| 01/28/2026 | 47 | USPO Request for Modifying the Conditions or Term of Supervision and Order thereon in case as to Daniel Rollins. Upon approval, jurisdiction to be transferred to CENTRAL DISTRICT OF CALIFORNIA. Signed by District Judge William Q. Hayes on 01/26/2026. (Sandoval, R.) (Entered: 01/28/2026) |
| 03/10/2026 | 48 | Probation Jurisdiction Transferred to Central District of California as to Daniel Rollins. Signed by District Judge William Q. Hayes on 2/10/2026.(bdc) (Entered: 03/10/2026) |
| 03/10/2026 | 49 | NOTICE to Receiving District **(Central District of California)** of Criminal Case Transfer, as to Daniel Rollins. The following documents are available on the public docket: 48 Transfer Out/Probationer, 12 Information - Felony, 46 Judgment. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (no document attached) (bdc) (Entered: 03/10/2026) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

DANIEL ROLLINS,

       Defendant.

Case No. __20CR2874-WQH__

I N F O R M A T I O N

Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

The United States Attorney charges:

Count 1

On or about August 20, 2020, within the Southern District of California, defendant DANIEL ROLLINS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit one Mossberg, model International 715T, .22 caliber rifle bearing serial number EPJ429134, one Smith & Wesson, model 4506, .45 caliber pistol bearing serial number VDH0894, one Smith & Wesson, model 60, .38 Special caliber revolver bearing serial number AWA6655, approximately 186 rounds of .38 Special caliber ammunition,

*:*:San Diego/Imperial
9/16/20

approximately 498 rounds of 9 millimeter ammunition, approximately 334 rounds of .45 caliber ammunition, approximately 286 rounds of 5.56 x 45 millimeter ammunition, approximately 1,292 rounds of .22 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Information, defendant DANIEL ROLLINS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: one Mossberg, model International 715T, .22 caliber rifle bearing serial number EPJ429134, one Smith & Wesson, model 4506, .45 caliber pistol bearing serial number VDH0894, one Smith & Wesson, model 60, .38 Special caliber revolver bearing serial number AWA6655, two Glock-style personally manufactured firearms, 9 millimeter pistols bearing no serial number, approximately 186 rounds of .38 Special caliber ammunition, approximately 498 rounds of 9 millimeter ammunition, approximately 334 rounds of .45 caliber ammunition, approximately 286 rounds of 5.56 x 45 millimeter ammunition, approximately 1,292 rounds of .22 caliber ammunition, and one black and yellow plastic tub containing miscellaneous magazines, bags, and straps.

ROBERT S. BREWER, JR.
United States Attorney

By: _____
    BRANDON J. KIMURA
    Assistant U.S. Attorney

2

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

**FILED**

DEC 16 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| DANIEL ROLLINS (1) | |

Case Number:    3:20-CR-02874-WQH

Jeremy D Warren
Defendant's Attorney

**USM Number**    97090-298

☐ –

THE DEFENDANT:

☒ pleaded guilty to count(s)    1 of the Information

☐ was found guilty on count(s)
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 18:922(g)(1), and 924(a)(2) - Felon In Possession Of A Firearm | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ is _____ dismissed on the motion of the United States.

☒ Assessment :  $100.00 imposed
–

☐ JVTA Assessment*: $
-

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine       ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 13, 2021
Date of Imposition of Sentence

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | DANIEL ROLLINS (1) | Judgment - Page **2** of **5** |
| CASE NUMBER: | 3:20-CR-02874-WQH | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Seventy (70) months

☐    Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒    The court makes the following recommendations to the Bureau of Prisons:

      1.   Residential Drug Abuse Program

      2.   Incarceration in the Western Region as close to Southern CA as possible.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant must surrender to the United States Marshal for this district:

      ☐   at _____ A.M.    on _____

      ☐   as notified by the United States Marshal.

☐    The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   on or before

      ☐   as notified by the United States Marshal.

      ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

3:20-CR-02874-WQH

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | DANIEL ROLLINS (1) | Judgment - Page **3** of **5** |
| CASE NUMBER: | 3:20-CR-02874-WQH | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of:
Three (3) years

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable)
4. ☐ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
5. ☒ The defendant must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
6. ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, is a student, or was convicted of a qualifying offense. (check if applicable)
7. ☐ The defendant must participate in an approved program for domestic violence. (check if applicable)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

3:20-CR-02874-WQH

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | DANIEL ROLLINS (1) | Judgment - Page 4 of 5 |
| CASE NUMBER: | 3:20-CR-02874-WQH | |

## STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervised release, the defendant must comply with the following standard conditions of supervision. These conditions are imposed   because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation   officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where they are authorized to reside within 72 hours of their release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.

3. The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

4. The defendant must answer truthfully the questions asked by their probation officer.

5. The defendant must live at a place approved by the probation officer. If the defendant plans to change where they live or anything about their living arrangements (such as the people living with the defendant), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. The defendant must allow the probation officer to visit them at any time at their home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of their supervision that he or she observes in plain view.

7. The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about their work (such as their position or their job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. The defendant must not communicate or interact with someone they know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

10. The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant must comply with that instruction. The probation officer may contact the person and confirm that the defendant notified the person about the risk.

13. The defendant must follow the instructions of the probation officer related to the conditions of supervision.

3:20-CR-02874-WQH

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | DANIEL ROLLINS (1) | Judgment - Page **5** of **5** |
| CASE NUMBER: | 3:20-CR-02874-WQH | |

## SPECIAL CONDITIONS OF SUPERVISION

1. Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

2. Submit to a search of person, property, house, residence, office, vehicle, papers, cellular phone, computer or other electronic communication or data storage devices or media effects, conducted by a United States Probation Officer or any federal, state, or local law enforcement officer, at any time with or without a warrant, and with or without reasonable suspicion. Failure to submit to such a search may be grounds for revocation; you shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3. Participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor, or participation in a program administered by the probation office. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

4. Resolve all outstanding warrants within 90 days.

//