# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**TO:**   Clerk, United States District Court

Attention:   Shannon Reilly                                    Date:   July 1, 2026
            Deputy Clerk

**SUBJECT:   <u>REQUEST FOR CALENDAR DATE</u>**

| NAME<br><br>Daniel Rollins | DOCKET NO.<br><br>2:26-CR-00107-JFW-1 | BOOKING NO.<br><br>97090-298 |
|---|---|---|

| DATE IN LOCAL CUSTODY<br><br>N/A | DEFENSE ATTORNEY*   FEDERAL PUBLIC DEFENDER<br>TELEPHONE NO.:   213-894-2854 |
|---|---|

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of July 13, 2026. The offender is in local custody, and the issuance of Writ is not required.

Interpreter Needed?   ☐ Yes       ☒ No        Language Type: _____

SANDRA HERNANDEZ, 562-980-4111                    JENNIFER SOLIZ, 562-980-3410
        U. S. PROBATION OFFICER                         SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*       *Orig. To Clerk's Office*          *Copies to:*   *U. S. Attorney (Chief, Criminal Division)*
                                                             *Federal Public Defender (Chief Deputy)*

---

### *FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE that the above-named defendant has been calendared for hearing before the Honorable John F. Walter, United States District Judge on Wednesday, July 8, 2026 at 9:00 a.m. in Courtroom No. 7A.**

CLERK, U. S. DISTRICT COURT

Date  July 1, 2026                              By  Shannon Reilly /s/
                                                         Deputy Clerk

*Routing on Notice by Clerk:*   Original -   *Court File*                                    ☑
                                cc:   *U. S. Probation & Pretrial Services Office*          ☑
                                      *U. S. Attorney, Attn: Chief, Criminal Division*      ☑
                                      *Defense Attorney*                                    ☑
                                      *Federal Public Defender, Attn: Chief Deputy*         ☑
                                      *U. S. Marshal (Warrant Cases only)*                  ☑
                                      *Interpreter Section, Clerk's Office (When needed)*   ☐

SUP 216
1/10/07