TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
BARR BENYAMIN (Cal. Bar No. 318996)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6772
    Facsimile:  (213) 894-0141
    E-mail:     Barr.Benyamin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-CR-00107-JFW |
|---|---|
|      Plaintiff, | NOTICE OF APPEARANCE |
|        v. | |
| DANIEL ROLLINS, | |
|      Defendants. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| **PREVIOUSLY Assigned AUSA** | | |
| **Newly Assigned AUSA** | Barr Benyamin | Barr.Benyamin@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that newly assigned AUSA is associated with this case as attorney of record for the United States and that they receive all e-mails relating to filings in this case.

Dated: July 6, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division


 /s/
_____
BARR BENYAMIN
Assistant United States Attorney

Attorneys for Respondent
UNITED STATES OF AMERICA

2