UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 26-107-JFW**                                          Dated: July 8, 2026

===============================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Barr Benyamin |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | present |

Interpreter: None

===============================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)    Daniel Rollins [97090-298]             1)    Bert Roughton, DFPD
      present in custody                            present appointed


PROCEEDINGS:    **REVOCATION OF SUPERVISED RELEASE AND SENTENCING**

Case called.  Counsel make their appearance.  Defendant is present in custody.  Also present is/are U.S. Probation Officers Sandra Hernandez and Samantha Chase.

Defendant is sworn.

Defendant and his counsel advise that they have received and read the Petition on Probation and Supervised Release filed June 22, 2026 ("Petition").  The Defendant admits allegation nos. 1, 2, 3, 4, 5, 6, and 7 of the Petition.  The Court questions Defendant regarding his admissions.  The Court finds that the Defendant admits the allegations freely and voluntarily and with a full understanding of the consequences of those admissions.

The Court hears from Defendant, counsel, and U.S. Probation Officer before imposition of sentence.

Based on the Defendant's admission of the allegations of the Petition, the Court finds the Defendant in violation of the terms and conditions of supervised release and the Court orders the Defendant's supervised release, revoked, vacated and set aside.  (See separate *Judgment and Commitment Order upon Revocation of Supervised Release.*)

Defendant is advised of right to appeal.


cc: USPO/PSA; USM; BOP

Initials of Deputy Clerk __sr___
0/15