UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) | Case No. **CR 26-107-JFW** |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT AND COMMITMENT ORDER** |
| v. | ) ) | **RE: VIOLATION OF SUPERVISED** **RELEASE** |
| Daniel Rollins, | ) ) | |
| Defendant. | ) | |

WHEREAS, on July 8, 2026, the attorney for the government, the Defendant Daniel Rollins and his counsel, Bert Roughton, DFPD, appeared before the Court; and the Defendant admitted allegation numbers 1, 2, 3, 4, 5, 6, and 7 of the Petition on Probation and Supervised Release filed on June 22, 2026.

WHEREAS, the Court having asked the Defendant why judgment should not be pronounced and no cause to the contrary appearing to the Court:

IT IS HEREBY ORDERED that the Defendant's supervised release be revoked.

IT IS ADJUDGED that the Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of two months.

IT IS FURTHER ADJUDGED that upon release from confinement, the defendant shall be placed on supervised release for a term of 24 months, upon the previously ordered terms and conditions, along with the following special conditions that the defendant shall reside at, participate in, and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office for a minimum of 90 days, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility.

Defendant is informed of right to appeal.

Dated: July 8, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

*It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.*

BRIAN D. KARTH, CLERK

by: _____
Deputy Clerk

cc: USPO/PSA;USM;BOP

2