Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

```
                CLERK, U.S. DISTRICT COURT

                      JUN 30 2026

          CENTRAL DISTRICT OF CALIFORNIA
          BY        CM          DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF<br>Daniel Rollins<br><br>USMS# 97090-298     DEFENDANT | CASE NUMBER:<br>2:26-CR-00107-JFW-1<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on  06/30/26 _____  at 0930 ___  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 violation of petition

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1979

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:  e mail

10. Remarks (if any): _____

11. Name: L. Flores _____  (please print)

12. Office Phone Number: 213-620-7676 _____   13. Agency: USMS

14. Signature: _Luis Flores_ _____   15. Date: 06/30/26

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION