**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Daniel Rollins<br><br>DEFENDANT. | ☑ LA ☐ RS ☐ SA   DATE FILED: 3/2/2026<br>CASE NUMBER: 2:26-cr-00107-JFW   ☐ Under Seal<br>INIT. APP. DATE: 6/30/2026   TIME: 1:30 PM<br>CHARGING DOC: PO Warrant<br>DEFENDANT STATUS: In Custody<br>☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT<br>VIOLATION: 18:3583<br>COURTSMART/REPORTER: CS 6/30/26 |

| | |
|---|---|
| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE  Anna Y. Park | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

PRESENT:   Marine Pogosyan _____ Jing Yan _____ _____
   *Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

☐   INITIAL APPEARANCE NOT HELD - CONTINUED

☑   Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).

☑   Defendant informed of charge and right to:  remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑   Defendant states true name ☐ is as charged ☐ is _____

☐   Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑   Defendant advised of consequences of false statement in financial affidavit.  All financial affidavits must be filed under seal.

☑   Attorney: Bert Roughton _____ ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by: _____ ☐ CJA 1-Day Provisional Appt _____

☑   Government's request for detention is:  ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☑   Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐   BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐   Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED ☐ DENIED

☑   Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties

☐   This case is assigned to Magistrate Judge _____ . Counsel are directed to contact the clerk for the setting of all further proceedings.

☑   **PO/PSA WARRANT**   ☑ Counsel are directed to contact the clerk for District Judge John F. Walter _____ for the setting of further proceedings.

☐   Preliminary Hearing set for _____ at _____ in Los Angeles

☐   Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐   Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐   Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐   Defendant executed Waiver of Rights.  ☐ Process received.

☐   Court ORDERS defendant Held to Answer to _____ District of _____

   ☐   Bond to transfer, if bail is posted. Defendant to report on or before _____

   ☐   Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

   ☐   Warrant of removal and final commitment are ordered stayed until _____ .

☐   Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑   Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐   Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐   Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐   Electronic Release Order issued (*if issued using Release Book*: Release <u>Order No.</u> _____ ).

☐   Other: _____

*RECEIVED:* ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY   Deputy Clerk Initials mp
                                                                 : 15