# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ROLLINS,<br><br>Defendant. | CASE NO. CR 26-107-JFW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ) the appearance of defendant as required; and/or

   B. (x ) the safety of any person or the community.

2. The Court concludes:

   A. (x) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

Defendant has failed to comply with the conditions of release. Specifically, has violated the Court's order to refrain from ulawful ose of a controlled substance. Defendant has tested positive for drugs five (5) times . Defendant's drug use is linked to his criminal conduct.

B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:____________________

IT IS ORDERED that defendant be detained.

DATED: July 1, 2026

HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE